IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SUHAIL ABDU ANAM, et al.,

    Petitioners,

- v -

GEORGE W. BUSH, et al.,

    Respondents.

04-CV-1194 (HHK)

## NOTICE OF FILING

Please take notice that on February 15, 2008, counsel filed Petitioners' Motion to Compel Respondents to Report on the Destruction of Relevant Evidence and for Amended Preservation Order and a Memorandum in support of the Motion, together with a Proposed Order, with the Court Security Officer pursuant to the terms of the Protective Order.

Dated: February 15, 2008

    Respectfully submitted,

By: /s/ Kristine Huskey

Pamela Rogers Chepiga
Douglas Cox
Sarah Havens
Chintan Panchal
Julie Withers
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Tel. (212) 610-6300
Admitted *pro hac vice*
*Counsel for Petitioners*

Patricia A. Bronte
Sapna G. Lalmalani
JENNER & BLOCK LLP
330 North Wabash Ave.
Chicago, IL 60611
Tel. (312) 923-8357
*Counsel for Petitioner Madhwani*

Scott Sullivan
Kristine Huskey (D.C. Bar No. 462979)
UNIVERSITY OF TEXAS
  SCHOOL OF LAW
NATIONAL SECURITY &
  HUMAN RIGHTS CLINIC
727 E. Dean Keeton Street
Austin, TX 78705
Tel. (512) 471-5151
*Of counsel for Petitioners*

Darold Killmer
Mari Lane
Sara Rich
KILLMER, LANE & NEWMAN LLP
1543 Champa Street
Suite 400
Denver, CO 80202
Tel: (303) 571-1000
*Counsel for Petitioner Madhwani*

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Filing was served upon the following counsel of record by the CM/ECF system on the 15th day of February, 2008:

Peter D. Keisler
Douglas N. Letter
Joseph H. Hunt
Vincent M. Garvey
Judry L. Subar
Terry M. Henry
James J. Schwartz
Edward H. White
Robert J. Katerberg
Andrew I. Warden
Preeya M. Noronha
Nicholas J. Patterson
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC 20530
Tel: (202) 514-4107
Fax: (202) 616-8470

*Attorneys for Respondents*

　　　　　　　　　　　　　　　　　　　　/s/ Kristine Huskey
　　　　　　　　　　　　　　　　　　　　Kristine Huskey