**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ) | |
| ) | **Misc. No. 08-442 (TFH)** |
| **IN RE:** ) | |
| **GUANTANAMO BAY** ) | **Civil Action Nos.** |
| **DETAINEE LITIGATION** ) | **04-CV-1194 (HHK); 04-CV-1254 (HHK)** |
| ) | |
| ) | |
| ) | |

**NOTICE OF FILING
OF PROPOSED AMENDED FACTUAL RETURN**

Respondents have submitted to the Court Security Officer for filing their proposed amended factual returns in the above-captioned cases for the following petitioners:

| Petitioner | Case | ISN |
|---|---|---|
| Al Rezehi | 04-1194 | 45 |
| Ahmed | 04-1254 | 41 |
| Esmail | 04-1254 | 522 |

The proposed amended returns contain information that is classified and/or protected pursuant to the relevant protective order entered in these matters. Pending further review by respondents, respondents designate the entire return in each case (aside, of course, from information that is marked as classified and to be treated as such) as warranting treatment in the manner in which information deemed "protected" under the protective order is to be treated.

Dated: September 19, 2008         Respectfully submitted,

        GREGORY G. KATSAS
        Assistant Attorney General

        JOHN C. O'QUINN
        Deputy Assistant Attorney General


        */s/ Paul E. Ahern*
        JOSEPH H. HUNT (D.C. Bar No. 431134)
        VINCENT M. GARVEY (D.C. Bar No. 127191)
        TERRY M. HENRY
        JUDRY L. SUBAR (D.C. Bar No. 347518)
        PAUL AHERN
        Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        20 Massachusetts Avenue, N.W.
        Washington, DC  20530
        Tel:  202.305.0633
        Fax: 202.616.8470

        Attorneys for Respondents