UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUHAIL ABDU ANAM, et al.,<br><br>      Petitioners,<br><br>      v.<br><br>BARACK H. OBAMA, et al.,<br><br>      Respondents. | **Civil Action 04-01194 (HHK)** |
| MAHMOAD ABDAH, et al.,<br><br>      Petitioners,,<br><br>      v.<br><br>BARACK H. OBAMA, et al.,<br><br>      Respondents. | **Civil Action 04-01254 (HHK)** |
| MAHMOOD SALIM AL MOHAMMED,<br><br>      Petitioner,<br><br>      v.<br><br>BARACK H. OBAMA, et al.,<br><br>      Respondents. | **Civil Action 05-00247 (HHK)** |

| | |
|---|---|
| **ABD AL HAKIM GHALIB AHMAD ALHAG,**<br><br>                    Petitioner,<br><br>          v.<br><br>**BARACK H. OBAMA, et al.,**<br><br>                    Respondents. | **Civil Action 05-02199 (HHK)** |
| **GHANIM-ABDULRAHMAN AL-HARBI, et al.,**<br><br>                    Petitioners,<br><br>          v.<br><br>**BARACK H. OBAMA,**<br><br>                    Respondents. | **Civil Action 05-02479 (HHK)** |
| **MOHAMMED ABDULLAH MOHAMMED BA ODAH,**<br><br>                    Petitioner,<br><br>          v.<br><br>**BARACK H. OBAMA, et al.,**<br><br>                    Respondents. | **Civil Action 06-01668 (HHK)** |

**IYOB MURSHAD ALI SLEH and MURSHAD ALI SALEH,**

             **Petitioner,**

      v.

**BARACK H. OBAMA, et al.,**

             **Respondents.**

**Civil Action 06-01765 (HHK)**

---

**FADHEL HUSSEIN SALEH HENTIF,**

             **Petitioner,**

      v.

**BARACK H. OBAMA, et al.,**

**Civil Action 06-01766 (HHK)**

---

**RIDAH BIN SALEH AL YAZIDI,**

             **Petitioner,**

      v.

**BARACK H. OBAMA, et al.,**

             **Respondents.**

**Civil Action 07-02337 (HHK)**

---

**ABDURRAHMAN ABDALLAH ALI MAHMOUD AL SHUBATI,**

             **Petitioner,**

      v.

**BARACK H. OBAMA, et al.,**

             **Respondents.**

**Civil Action 07-02338 (HHK)**

| |
|---|
| **MOHAMMED SULAYMON BARRE,**<br><br>Petitioner,<br><br>v.<br><br>**BARACK H. OBAMA, et al.,**<br><br>Respondents. |

Civil Action 08-01153 (HHK)

**ORDER**

On January 28, 2009, the court held a status hearing in *Anam, et al. v. Obama, et al.*, Civil Action 04-01194. During the course of the hearing, the court addressed the issue of whether the January 15, 2009 Order of Judge Thomas F. Hogan concerning the review of a petitioner's statements with petitioner (hereinafter, "January 15, 2009 Order") was considered by this judicial officer to be applicable to all the cases before him involving the petitioners presently detained at Guantanamo Bay, Cuba. The court did not resolve the issue during the hearing.

Having considered the issue further, as well as the fact that Judge Hogan has been designated to rule on issues of general applicability in Misc. Action 08-00442 for the purpose of coordination and management of these cases, *see* Misc. Action 08-00442 [#1], the history of the January 15, 2009 Order and the underlying motion,[1] and the fact that the January 15, 2009 Order expressly interprets Judge Hogan's Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba, Misc. Action 08-00442 [#409], it is this 29th day of January 2009, hereby

---

[1] On January 6, 2009, petitioner's counsel in *Alsawam v. Obama*, Civil Action 05-01244 (CCK) filed a "Motion for Authorization to Review Petitioner's Statements with Petitioner and Request for Expedited Consideration" [#100]. Judge Kollar-Kotelly referred the motion to Judge Hogan, who held a motion hearing on January 14, 2009, and entered the order at issue the following day. Misc. Action 08-00442 (TFH) [#1521]; Civil Action 05-01244 (CKK) [#109].

**ORDERED** that the January 15, 2009 Order is applicable to all the cases before this judicial officer involving the petitioners presently detained at Guantanamo Bay, Cuba.

                                                        Henry H. Kennedy, Jr.
                                                        United States District Judge