IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SUHAIL ABDU ANAM**, et al., )<br>    (ISN 256)         )<br>    *Petitioners*,     )<br>                          )<br>    v.                    )<br>                          )<br>**BARACK H. OBAMA**, et al., )<br>    *Respondents*.        )  | Civil Action No. 04-1194 (TFH) |

## PUBLIC NOTICE OF STATUS OF REVIEW PANEL'S CONSIDERATION OF PETITIONER

Respondents hereby provide notice on the public record that the Guantanamo Review Task Force has submitted a recommendation to the Review Panel regarding the disposition of Petitioner Riyad Atiq al-Haj (ISN 256). To protect the internal deliberative processes of the Executive Branch, however, Respondents cannot confirm on the public record whether or not the Review Panel has made a decision regarding Petitioner, except to state that the Review Panel has not reached a decision to transfer or release Petitioner. Respondents are therefore submitting further information as to whether the Review Panel has, in fact, made a decision regarding Petitioner, and if so, the nature of any such decision, on an *ex parte* basis.

Nothing in this filing should be read to suggest that the Review Panel has or has not made any determination regarding Petitioner, other than the fact that the Review Panel has not reached a decision to transfer or release Petitioner.

Dated: October 27, 2009         Respectfully submitted,

                                TONY WEST
                                Assistant Attorney General

                                JOSEPH H. HUNT (DC Bar No. 431134)
                                Branch Director

2

TERRY M. HENRY
JAMES J. GILLIGAN
Assistant Branch Directors

 */s/ Ryan G. Lee*
ANDREW I. WARDEN
KATHRYN C. MASON (DC Bar No. 985055)
RYAN G. LEE
Attorneys for Respondents
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530
Tel.: (202) 305-8900