# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RIYADH ATIQ AL-HAJ**, *et al.*, (ISN 256)  Petitioners,  v.  **BARACK H. OBAMA**, President of the United States, *et al.*,  Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 04-1194 (TFH)

## NOTICE OF FILINGS UNDER SEAL

NOTICE is hereby given that Respondents filed three separate submissions under seal in the above-captioned cases pursuant to Local Civil Rule 5.1(j), which they seek to have designated as "protected information" under the Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Misc. No. 08-442, Sept. 11, 2008 (Dkt. No. 409) ("Protective Order").  The submissions cannot be described in any greater detail without disclosing the substance of the protected information.  As required by the Protective Order, Respondents have disclosed the protected information to Petitioner's counsel.

Dated:  October 29, 2009

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH H. HUNT (D.C. Bar No. 431134)
Branch Director

TERRY M. HENRY
JAMES J. GILLIGAN
Assistant Branch Directors

    */s/ Ryan G. Lee*
ANDREW I. WARDEN
RODNEY PATTON
RYAN G. LEE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20530
Tel:  202-305-8900
Fax: 202-305-2685
Ryan.Lee2@usdoj.gov

*Attorneys for Respondents*