# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SUHAIL ABDU ANAM**, *et al.*,<br>(ISN 256)<br><br>Petitioners,<br><br>v.<br><br>**BARACK H. OBAMA**,<br>President of the United States, *et al.,*<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-1194 (TFH)<br>)<br>)<br>)<br>)<br>)<br>) |

## RESPONDENTS' NOTICE OF NO OBJECTION TO
## PETITONER'S MOTION TO AMEND HIS EXHIBIT LIST

On October 30, 2009, Petitioner Riyad Atiq al-Haj (ISN 256) filed a Motion to Amend his Exhibit List to add five documents. (*See* Dkt. No. 634.) As noted in Petitioner's motion, Respondents did not object to the addition of three of the five documents at the time the motion was filed. However, Respondents were unable to determine at that time whether the agency with the equities in the remaining two documents would object to their inclusion as exhibits. Since that time, that agency has advised counsel for Respondents that it has no objection to their use in this case. As such, Respondents have no objection to Petitioner's Motion to Amend.

Dated:  November 13, 2009    Respectfully submitted,

TONY WEST
Assistant Attorney General

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY
JAMES J. GILLIGAN
Assistant Branch Directors

 */s/ Ryan G. Lee*
ANDREW I. WARDEN

KATHRYN C. MASON
RYAN G. LEE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 305-8900
Fax: (202) 616-8470
Email: Ryan.Lee2@usdoj.gov