IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **SUHAIL ABDU ANAM**, *et al.*, (ISN 256) <br><br> Petitioners, <br><br> v. <br><br> **BARACK H. OBAMA**, President of the United States, *et al.,* <br><br> Respondents. | ) ) ) ) ) ) ) ) Civil Action No. 04-1194 (TFH) ) ) ) ) ) ) |

**RESPONDENTS' NOTICE OF FILING OF MEMORANDUM IN OPPOSITION
TO PETITIONER'S MOTION TO COMPEL PRODUCTION OF WITNESSES**

Respondents hereby give notice that today they submitted the above-referenced memorandum through the Court Security Officer.

Dated: November 13, 2009

Respectfully submitted,

TONY WEST
Assistant Attorney General

TERRY M. HENRY
JAMES J. GILLIGAN
Assistant Branch Directors

 /s/ Ryan G. Lee
ANDREW I. WARDEN
KATHRYN C. MASON (D.C. Bar No. 985055)
RYAN G. LEE
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC  20530
Tel.: (202) 305-8900

*Attorneys for Respondents*