**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SUHAIL ABDU ANAM, *et. al.*,**<br><br>**Petitioners,**<br><br>**v.**<br><br>**BARACK H. OBAMA, *et. al.*,**<br><br>**Respondents.** | **No. 04-CV-1194 (TFH)** |

**PETITIONER AL HAJ'S MOTION FOR AN ORDER TO PREPARE A TRANSCRIPT OF THE SEALED NOVEMBER 2, 2009 HEARING**

Petitioner Riyad Ataq al Haj (ISN 256) respectfully submits this Motion for an Order to Prepare a Transcript of the Sealed November 2, 2009 Hearing.

On November 2, 2009, this Court held a hearing to consider the Government's October 29, 2009 Motion (Docket No. 623), which was filed under seal because the Government designated information contained in its motion as "protected." Accordingly, the courtroom was sealed for the hearing. Petitioner would like to obtain a copy of the transcript of the November 2, 2009 hearing and, therefore, seeks an order from this Court directing the Court Reporter to prepare the transcript. Petitioner's counsel conferred with Respondents' counsel pursuant to Local Civil Rule 7(m) and

Respondents' counsel indicated that they do not oppose this motion.

Dated: November 17, 2009

Respectfully submitted,

/s/ Sarah Havens

David C. Esseks
Sarah Havens
Julie Withers
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 610-6300
Fax: (212) 610-6399

*Attorneys for Petitioner al Haj*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion for an Order to Prepare a Transcript of the Sealed November 2, 2009 Hearing was served upon counsel of record by the CM/ECF system on the 17th day of November, 2009:

/s/ Sarah Havens
Sarah Havens

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**SUHAIL ABDU ANAM, *et. al.*,**

**Petitioners,**

**v.**

**BARACK H. OBAMA, *et. al.*,**

**Respondents.**

**No. 04-CV-1194 (TFH)**

**[PROPOSED] ORDER**

Upon consideration of Petitioner's unopposed motion for an order to prepare a transcript of the sealed November 2, 2009 hearing, it is hereby **ORDERED** that the Court Reporter is directed to prepare a transcription of the hearing for delivery to the parties.

Dated:

Thomas F. Hogan
United States District Judge