# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| SUHAIL ABDU ANAM, *et al.*,       ) <br>       ) <br>   Petitioner,       ) <br>       ) <br>   v.       ) <br>       ) <br> BARACK H. OBAMA,       ) <br>       ) <br>   President of the United States,       ) <br>   *et al.*,       ) <br>       ) <br>   Respondents.       ) | Civil Action No.04-CV-1194 <br> (ISN 256) |

## NOTICE OF TRANSFER OF PETITIONER

Respondents hereby provide notice that the United States has relinquished custody of Petitioner ABD AL HAKIM AHMAD ALHAG (ISN 256) and transferred him to the control of the Government of Yemen.

/

/

/

/

/

/

/

/

/

/

Dated: December 22, 2009

        Respectfully submitted,

        TONY WEST
        Assistant Attorney General

        JOSEPH H. HUNT
        Director

        TERRY M. HENRY
        JAMES J. GILLIGAN
        Assistant Branch Directors

        /s/ Rodney Patton
        ANDREW I. WARDEN
        RODNEY PATTON
        RYAN LEE
        United States Department of Justice
        Civil Division, Federal Programs Branch
        P.O. Box 883
        Washington, D.C. 20530
        Tel.: 202-305-7919
        rodney.patton@usdoj.gov