IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI YAHYA MAHDI, )<br>Alias, Ali Yahya Mahdi Al Raimi )<br> )<br>Petitioner, )<br> )<br>v. )<br> )<br>BARACK H. OBAMA, *et al.*, )<br> )<br>Respondents. )<br> ) | Civil Action No. 04-cv-1194 (TFH)<br>(ISN 167) |

## ORDER

Upon consideration of the Parties' Report in Response to the Court's Minute Order Dated October 5, 2010, it is hereby ORDERED that Petitioner shall file any motion seeking discovery under Section I.E.2 of the Court's Amended Case Management Order by no later than November 12, 2010.

Dated: 10/19/10

THOMAS F. HOGAN
United States District Judge

3