IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| SUHAIL ABDOH ANAM, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | Civil Action No. 04-1194 (TFH) |
| v. | ) ) | Honorable Judge Thomas F. Hogan |
| BARACK OBAMA, *et al.*, | ) ) ) | |
| Respondents. | ) | |

## SUPPLEMENTAL EXHIBITS SUPPORTING EMERGENCY MOTION OF PETITIONER MUSA'AB OMAR AL MADHWANI FOR HUMANITARIAN AND LIFE-SAVING RELIEF

Petitioner Musa'ab Omar al Madhwani, by and through his undersigned counsel, hereby submits the following supplemental exhibits supporting his Emergency Motion for Humanitarian and Life-Saving Relief [Doc. 974]:

1.      Attached hereto as Exhibit 1 is the Declaration of Dr. Stephen Xanakis.[1]

2.      Attached hereto as Exhibit 2 is the Statement of Petitioner Musa'ab al Madhwani, submitted by and through undersigned counsel, at the request and pursuant to the authorization of Petitioner in order to report his circumstances to the Court.[2]

3.      Attached hereto as Exhibit 3 is the Declaration of Derek A. Poteet, a Major in the United States Marine Corps and a judge advocate assigned to the

---

[1] This Delcaration was submitted as Exhibit 1 to the original Motion. For the Court's convenience and ease of exhibit numbering, it is submitted again.

[2] This is not a waiver of attorney-client privilege, but has been signed by counsel at the request of Petitioner in light of the impossibility of Petitioner signing the statement himself.

1

Office of the Chief Defense Counsel, providing military commission defense counsel to some detainees. Major Poteet was last at Guantánamo Bay in February 2013, and states that there is a sign near the sink in his office space warning that the tap water is not safe to drink, including to make coffee, and that there are signs near the sinks in housing units warning that the water is non-potable and only for hygiene purposes. Major Poteet also testifies that he has personally observed that the water is contaminated.

4. Attached hereto as Exhibit 4 is the Declaration of Daniel Lakemacher, who served as a Hospital Corpsman of the United States Navy at Guantánamo Bay from 2007 to 2008, and states that during his time there, he observed all military and non-military staff, as well as detainees, drinking exclusively bottled water. He never observed anyone drink water from the tap.

5. Attached hereto as Exhibit 5 is an article titled "Hydration, one bottle at a time," written by Navy Mass Communication Specialist 2nd Class Shane Arrington, and published in the March 19, 2010, issue of The Wire, the official news magazine of Joint Task Force Guantánamo. Army Spc. Johanna Bravo is quoted as saying: "Water is life. You need it to live, and it's our responsibility to make sure everyone gets it – Troopers and detainees alike." The article goes on to state, "Bottled water is the main source of drinking water for JTF Guantánamo Troopers and the detainees." The article also states:

> While bottled water may seem to many a luxury rather than a necessity, it's important to know that many of the facilities at JTF Guantánamo don't have running potable water.

6. Attached hereto as Exhibit 6 is an article titled, "Supplying Joint Task Force," written by Army Spc. Juanita Philip, and published in the October 15, 2010, issue of the Wire. The article states that "bottled water . . . is stocked in all JTF sections."

Wherefore, Petitioner Musa'ab Omar al Madhwani respectfully requests that this Court an Emergency Order for injunctive relief requiring his custodians to provide him and others in the prison with potable water and adequate clothing, to maintain the facility at an appropriate temperature, and grant such other and further relief as the Court deems just.

Respectfully submitted,

| | |
|---|---|
| _s/ Mari Newman_ | _s/ Patricia A. Bronte_ |
| Darold Killmer | Patricia A. Bronte |
| Mari Newman | BRONTE LAW LLC |
| Lauren Fontana | 915 West Gunnison St., Suite 3 |
| KILLMER, LANE & NEWMAN, LLP | Chicago, IL 60640 |
| 1543 Champa St., Suite 400 | (312) 388-7890 phone |
| Denver, CO 80202 | (312) 254-3242 fax |
| (303) 571-1000 phone | bronte@brontelaw.com |
| (303) 571-1001 fax | |
| dkillmer@kln-law.com | |
| mnewman@kln-law.com | |
| lfontana@kln-law.com | |

*Attorneys for Petitioner Musa'ab Omar Al Madhwani*

March 28, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2013, I caused the foregoing Supplemental Authority Supporting Emergency Motion of Petitioner Musa'ab Omar al Madhwani for Humanitarian and Life-Saving Relief to be delivered to the below-listed counsel of record in the above-captioned matter through the CM/ECF system:

>Andrew I. Warden
>Terry Henry
>David Avila
>Ronald Wiltsie
>United States Department of Justice
>Civil Division, Federal Programs Branch
>20 Massachusetts Avenue NW
>Washington, D.C. 20530

*s/ Lauren Fontana*
_____