## **DECLARATION OF STEPHEN N. XENAKIS, M.D.**

I, Stephen N. Xenakis, M.D., do hereby declare as follows:

1. I am the expert witness retained by counsel for Guantanamo Bay detainee Musa'ab Omar Al Madhwani to testify regarding issues related to the treatment of Mr. Al Madhwani by Pakistani and American officials after his capture in Pakistan in September 2002 through his detention at the Guantanamo Bay Detention Facility. I provided sworn oral testimony before the Honorable Judge Thomas F. Hogan of the United States District Court for the District of Columbia on October 28, 2009 at the Merits Hearing on Mr. Al Madhwani's Petition of Writ of Habeas Corpus.

2. After receiving my curriculum vita into evidence and upon my further presentation of my experience and credentials, Judge Hogan certified me as an expert witness authorized to provide expert opinion testimony in the areas of psychiatry and psychiatric diagnosis and impairments. I then testified on direct and cross-examination regarding my opinions on the reliability of the statements that had been given by Mr. Al Madhwani while he was in captivity.

3. I submit this Declaration in support of the Emergency Motion of Petitioner Musa'ab Omar al Madhwani for Humanitarian and Life-Saving Relief.

4. Advising hunger-striking detainees at the Guantanamo Bay Detention Facility to drink water from the faucet predisposes them up to gastrointestinal infections and a quick demise, because their metabolic status has been severely compromised and their medical and physiologic conditions are significantly impaired.

Exhibit 1

5. In addition, the reversion to the harsh conditions that prevailed in 2002 and 2003 could trigger in Mr. Al Madhwani the symptoms of post-traumatic stress disorder linked to the effects of his torture.

6. I am willing to testify before the Court in support of the Emergency Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: March 26, 2013

*[signature]*
Stephen N. Xenakis, M.D.

Exhibit 1