# DECLARATION OF DANIEL LAKEMACHER

I, Daniel Lakemacher, swear that the following is true and correct to the best of my knowledge and information:

1. My name is Daniel Lakemacher. I am over the age of twenty-one and am otherwise competent to testify. I make the following statements based on my personal knowledge.

2. I am a former Hospital Corpsman of the United States Navy.

3. I was deployed to Guantanamo Bay as part of the Joint Task Force - Joint Medical Group in 2007, and served in that capacity into 2008.

4. During my service at the Guantanamo Bay prison, I observed that all military and non-military staff working within the prison facility who drank water, drank exclusively bottled water and never tap water.

5. Likewise, all detainees were provided with bottled water and were never required to drink water from faucets in their cells.

6. I never observed anyone – staff or detainees – drink water from any faucet at the Guantanamo Bay prison facility. All water consumed by both staff and detainees was bottled water.

7. Large pallets of bottled water were regularly supplied to the prison facility for consumption by staff and detainees.

8. Based upon my observations, it was commonly understood that drinking the faucet water would not be healthy.

9. I swear under penalty of perjury that the foregoing is true and correct.

DATED this 27 day of MARCH 2013.

_____
Daniel Lakemacher