Volume 11, Issue 6

Friday, March 19, 2010

Case 1:04-cv-01194-UNA   Document 975-5   Filed 03/28/13   Page 1 of 2

# THE WIRE
### A JTF Journal

## MPs of the Caribbean
### Soldiers enhance JTF and GTMO community

## Luck of the Irish
### Reflecting on St. Patrick's Day

2008 WINNER
Newspaper Publication
2008 Winner



Army Spc. Johanna Bravo, a supply clerk with Joint Task Force Guantanamo's Joint Detention Group, directs the dropping off of water at one of JTF's detention camps, March 8. – JTF Guantanamo photo by Navy Mass Communication Specialist 2nd Class Shane Arrington

# Hydration, one bottle at a time

**Navy Mass Communication Specialist 2nd Class Shane Arrington**
JTF Guantanamo Public Affairs

WebMD defines dehydration as "a condition that occurs when the loss of body fluids, mostly water, exceeds the amount that is taken in."

No matter where a person is in the world, or how little exercise they do, proper hydration is a must. Take into account military personnel who are required to stay in shape. Sometimes they have to stand long watches outside, or are stationed somewhere that stays relatively warm year round. Having that combination makes hydration that much more important.

"Water is life," said Army Spc. Johanna Bravo, a supply clerk with Joint Task Force Guantanamo's Joint Detention Group. "You need it to live, and it's our responsibility to make sure everyone gets it – Troopers and detainees alike."

Bottled water is the main source of drinking water for JTF Guantanamo Troopers and the detainees. It's this water that Bravo delivers throughout the JTF, inside the detention camps and to surrounding support offices.

"We deliver a lot of water," Bravo said. "It sometimes takes us a whole day. We have to go slow to reduce the chance of the water falling from the truck."

And when Bravo says a lot of water, she's not lying. Approximately 80,000 bottles of water, weighing almost 62,000 pounds are distributed around the JTF in a year. That's enough water to almost fill two average in-ground pools and the weight of 16, 2009 Dodge Chargers.

Bravo says special care is taken when loading and unloading the water because of the weight and lack of room to maneuver. She says Guantanamo Bay, being on an island, receives all of its supplies through air and sea transportation. This means that new supplies can possibly be delayed, and makes it imperative that something as important as bottled water isn't wasted.

Another way Bravo's shop makes sure water isn't wasted is by strictly regulating how much water each place gets.

"We keep track of how much water everyone drinks," Bravo said. "If a shop goes through water fast, we give them more next time. If they still have a lot left over next time we come around, they get less. At this point we know what goes where, so it's rare we find ourselves having to compensate either way."

While bottled water may seem to many a luxury rather than a necessity, it's important to know that many of the facilities at JTF Guantanamo don't have running potable water.

Navy Religious Program Specialist 3rd Class Tania Gedeon, who works in one of JTF Guantanamo's "sea huts," says she drinks an average of three bottles a day.

"I like to stay hydrated," Gedeon said. "And even if I didn't, it's so hot here that I find myself thirsty quite often throughout the day."

Staying hydrated keeps Troopers alert and mission ready. Bravo says she's proud to be one of the ones who provide something so precious as drinking water to her fellow Troopers. ✪



Army Spc. Johanna Bravo, a supply clerk with Joint Task Force Guantanamo's Joint Detention Group, loads bottled water onto a truck for distribution throughout the JTF, March 8. – JTF Guantanamo photo by Navy Mass Communication Specialist 2nd Class Shane Arrington