

Volume 11, Issue 36　　Friday, Oct. 15, 2010

# THE WIRE
**A JTF Journal**

**Supplying JTF**
Purchasing it all

**Don't be left behind**
Ordinary leave and AMC flights

# Supplying Joint Task Force

**Army Spc. Juanita Philip**
JTF Guantanamo Public Affairs

When Joint Task Force Guantanamo staffers print multiple copies of a document, load ink into printers, stock up on pens and pencils, or even have a drink of the bottled water that is stocked in all JTF sections not much thought goes into how those supplies get to the supply cabinet, much less the island.

With a staff of five military personnel in the office, the personnel in the J-4 section, specifically the logistics office, are constantly on the go ordering, tracking, picking up and distributing supplies to ensure that JTF-GTMO operates smoothly on a day-to-day basis.

The supply side of J-4 orders and maintains items that are commonly used and are not necessarily accountable items.

"We make legal government purchases for items and supplies, anything that is mission critical for each section under JTF," said Army Spc. Renee Thomas, the J-4 purchasing agent.

"I purchase just about everything; certificates, toner, connectors, computer supplies, and security materials," Thomas said, giving examples of some of the items that are requested from JTF sections. "The items I find myself ordering the most are office supplies."

She is responsible for purchases on behalf of JTF-GTMO, with a limit on her Government Purchase Card of six figures a month.

"The significance of the credit limit on the card is that the designated J-4 Purchase agent works on behalf of the entire JTF and all its J codes," Thomas said.

Thomas explained when a purchase request comes in she verifies that all the pertinent information is there. Then the property book officer has to sign the request. Anything greater than $3,000 also requires the J-4 deputy director's signature.

In the event that Thomas is not available, there is an alternate purchase agent. Sgt. 1st Class Olson Christian, the J-4 supply administrative chief oversees the operations and ensures things run smoothly, a challange for either of them.

"I am responsible for the day-to-day operations in the J-4 warehouse," Christian said.

"The biggest challenge of my job is when orders are not coming in a timely manner and the vendors cannot be contacted by phone or email," Thomas said.

After the items are sorted and stored in the J-4 warehouse, the section that requested the items picks them up at the warehouse, Thomas said.

With the arrival of a new fiscal year, Thomas is closing out old accounts and processing new purchase requests. "The end of the fiscal year is easy to reconcile because I know what I am working with," Thomas said.

"In terms of the beginning of the fiscal year it is a little bit harder to determine our funds so it is harder to send off orders."

Regardless of the time of year, the J-4 Purchase office is always hard at work ordering supplies for the day-to-day operation at JTF-GTMO. ✪



**Army Spc. Renee Thomas, the J-4 purchasing agent, conducts a financial transaction with vendor Marlon Prendergrast, a Navy Exchange employee, Oct. 13.** – JTF Guantanamo photo by Army Spc. Juanita Philip.