IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SUHAIL ABDOH ANAM, *et al.*, | ) ) ) | |
| Petitioners, | ) ) | Civil Action No. 04-1194 (TFH) |
| v. | ) ) | Honorable Judge Thomas F. Hogan |
| BARACK OBAMA, *et al.*, | ) ) ) | |
| Respondents. | ) | |

SUPPLEMENTAL EXHIBITS SUPPORTING MEMORANDUM OF
LAW IN SUPPORT OF EMERGENCY MOTION OF PETITIONER
MUSA'AB OMAR AL MADHWANI FOR HUMANITARIAN
AND LIFE-SAVING RELIEF

Petitioner Musa'ab Omar al Madhwani, by and through his undersigned counsel, hereby submits the following supplemental exhibits supporting his Memorandum of Law in Support of Emergency Motion for Humanitarian and Life-Saving Relief [Doc. 978]:

1. Attached hereto as Exhibit 1 is the Supplemental Declaration of Dr. Stephen Xenakis, providing evidence of the Guantanamo Bay prison authority's interference with Musa'ab's right to *habeas corpus*, including the imminent threat to Musa'ab's health, his current grave medical state, and the Guantanamo Bay prison authority's deliberate indifference to Musa'ab's obvious serious medical needs.

2. Attached hereto as Exhibit 2 is the Supplemental Declaration of Clive A. Stafford Smith Relating to Detainee Shaker Amer, providing evidence of the prison authority's interference with detainees' *habeas corpus* rights, including

1

interference with detainees' access to counsel, the use of cell extractions as retaliation for participating in the hunger strike, and the withholding of drinkable water.

3.     Attached hereto as Exhibit 3 is the Declaration of Martha Rayner, providing evidence of the Guantanamo Bay prison authority's interference with detainee's *habeas* rights, including the prison authority's withholding of drinkable water during the last week of March 2013.

Respectfully submitted,

_s/ Mari Newman_                                              _s/ Patricia A. Bronte_

Darold Killmer                                                  Patricia A. Bronte
Mari Newman                                                     BRONTE LAW LLC
Lauren Fontana                                                  915 West Gunnison St., Suite 3
KILLMER, LANE & NEWMAN, LLP                                     Chicago, IL 60640
1543 Champa St., Suite 400                                      (312) 388-7890 phone
Denver, CO 80202                                                (312) 254-3242 fax
(303) 571-1000 phone                                            bronte@brontelaw.com
(303) 571-1001 fax
dkillmer@kln-law.com
mnewman@kln-law.com
lfontana@kln-law.com

*Attorneys for Petitioner Musa'ab Omar Al Madhwani*

April 13, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2013, I caused the foregoing Supplemental Authority in Support of Memorandum of Law Supporting Emergency Motion of Petitioner Musa'ab Omar al Madhwani for Humanitarian and Life-Saving Relief to be delivered to the below-listed counsel of record in the above-captioned matter through the CM/ECF system:

> Andrew I. Warden
> Terry Henry
> David Avila
> Ronald Wiltsie
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue NW
> Washington, D.C. 20530

> *s/ Lauren Fontana*
> _____