IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IMAD ABDULLAH HASSAN (ISN 680),<br><br>*Petitioner*,<br><br>v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>*Respondents*. | Civil Action No. 04-CV-1194 (UNA) |

## NOTICE OF TRANSFER OF PETITIONER HASSAN (ISN 680)

Respondents hereby provide notice that the United States has relinquished custody of Petitioner Imad Abdullah Hassan (ISN 680) and transferred him to the control of the Government of Oman.

Dated:  June 15, 2015

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY
Assistant Branch Director

   */s/ Andrew I. Warden*
ANDREW I. WARDEN (IN Bar 23840-49)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: 202.616.5084
E-mail: Andrew.Warden@usdoj.gov

Counsel for Respondents