IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAEED AL SARIM (ISN 235),<br><br>*Petitioner*,<br><br>v.<br><br>BARACK H. OBAMA, *et al.*,<br><br>*Respondents*. | Civil Action No. 04-CV-1194 (TFH) |

## NOTICE OF TRANSFER OF PETITIONER SAEED AL SARIM

Respondents hereby provide notice that the United States has relinquished custody of Petitioner Saeed al Sarim (ISN 235) and transferred him to the custody and control of the Government of the United Arab Emirates.

Dated:  August 16, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General

JOSEPH H. HUNT
Branch Director

TERRY M. HENRY
Assistant Branch Director

   */s/ Rodney Patton*
ANDREW I. WARDEN (IN Bar 23840-49)
RODNEY PATTON
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Tel: 202.305.7919
E-mail: Rodney.Patton@usdoj.gov

*Counsel for Respondents*