AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Khalid Qassim (ISN 242) | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:04-cv-01194 |
| Obama et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Petitioner Khalid Qasim pursuant to Local Civil Rules 83.2(g) and 83.6(a).

Date: January 12, 2017

s/ Shelby Sullivan-Bennis
*Attorney's signature*

Shelby Sullivan-Bennis
*Printed name and bar number*
NY State Bar
405 Lexington Ave.
Suite 62
New York, NY 10174
*Address*

shelby.sullivan-bennis@reprieve.org
*E-mail address*

401-835-4214
*Telephone number*

N/A
*FAX number*