IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHALID AHMED QASSIM (ISN 242),<br><br>*Petitioner*,<br><br>v.<br><br>DONALD J. TRUMP, *et al.*,<br><br>*Respondents*. | Civil Action No. 04-CV-1194 (TFH) |

### JOINT STATUS REPORT

Petitioner and Respondents respectfully submit this joint status report to update the Court on recent developments in this case since the Court held a status conference on December 20, 2017.

The parties are pleased to report that they have reached an agreement on the terms of a joint stipulation that will enable the Court to adjudicate the petition for writ of habeas corpus on the basis of the parties' agreed-upon factual stipulations without the need for a contested merits hearing. Petitioner's counsel has reviewed the terms of the stipulation with Petitioner Qassim, both during in-person meetings at Guantanamo Bay and during telephone calls, and Petitioner consents to the stipulation. The parties are currently in the process of finalizing the stipulation and will file it with the Court on or before February 21, 2018, as required by the Court's January 2, 2018 Minute Order.

In light of the parties' agreement to resolve this case by way of a stipulated record, the parties agree that the hearing currently scheduled for February 28 should be conducted as an oral argument based on the stipulated facts, rather than a contested evidentiary hearing. Both parties agree that the hearing on February 28 will not require the presentation of any witnesses, to

1

include testimony from Petitioner.  In addition, Petitioner will not be present via a secure video teleconference during the hearing.

Additionally, the parties have reached an agreement on the briefing schedule set forth below leading up to the February 28 hearing.  This schedule adds deadlines for Petitioner to file motions in limine challenging the legal framework set forth by the Court of Appeals governing adjudication of Guantanamo Bay habeas cases and maintains the Court's current deadline of February 21 for the parties to submit the joint stipulation and their respective pre-hearing briefs:

- February 14:  Petitioner's motions in limine;

- February 21:  Respondents' opposition to motions in limine;
  Petitioner's Pre-Hearing Brief;
  Respondents' Pre-Hearing Brief;
  Joint Stipulation.

Dated: February 13, 2018            Respectfully submitted,

| | |
|---|---|
| _/s/_<br>Shelby Sullivan-Bennis<br>Clive Stafford Smith<br>Reprieve U.S.<br>405 Lexington Ave., Suite 62<br>New York, NY 10174<br>Tel: 401-885-4214<br>Email:  Clive.Stafford.Smith@reprieve.org.uk<br>        Shelby Sullivan-Bennis@reprieve.org | CHAD A. READLER<br>Acting Assistant Attorney General<br><br>TERRY M. HENRY<br>Assistant Branch Director<br><br><u>/s/ Andrew I. Warden</u><br>ANDREW I. WARDEN (Indiana Bar #23840-49)<br>RODNEY PATTON<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW<br>Washington, DC 20530<br>Tel: 202.616.5084<br>E-mail: Andrew.Warden@usdoj.gov<br><br>*Attorneys for Respondents* |
| Thomas B. Wilner<br>Kimberly Ferguson<br>Shearman & Sterling<br>401 9th Street, N.W., Suite 800<br>Washington, DC 20004<br>Telephone : 202-508-8050<br>E-mail: twilner@shearman.com<br>        Kimberly.Ferguson@shearman.com | |
| Neil Koslowe<br>Potomac Law Group, PLLC<br>1300 Pennsylvania Ave, NW Suite 700<br>Washington, DC 20004<br>Tel: 202-320-8907<br>Email:  nkoslowe@potomaclaw.com | |
| *Attorneys for Petitioner Khalid Ahmed Qassim* | |