UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KHALED AHMED QASSIM,

Petitioner,

v.

DONALD J. TRUMP, *et al.*,

Respondent.

Civil Action No. 04-1194 (TFH)

## JUDGMENT

The Court, having considered the Petition for Writ of Habeas Corpus filed by Petitioner Khalid Ahmed Qassim [ECF No. 1], Respondents' response, all related submissions by the parties, oral argument from the parties' counsel, and the entire record, and having denied Petitioner's Motion *in Limine* [ECF No. 1124] for the reasons given during the classified hearing held on April 10, 2018, and having made findings of fact and conclusions of law as announced during the April 10, 2018 hearing, determines that, on the basis of those findings and conclusions and under the governing standards and decisions of the United States Court of Appeals for the District of Columbia Circuit, the Petition is **DENIED**.

This is a final, appealable order.

_____
Thomas F. Hogan
SENIOR UNITED STATES DISTRICT JUDGE

May 8, 2018