# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOFIQ NASSER AWAD AL BIHANI (ISN 893), <br> ABDUL LATIF NASSER (ISN 244), <br> SHARQAWI AL HAJJ (ISN 1457), <br> SANAD AL KAZIMI (ISN 1453), <br> SUHAIL SHARABI (ISN 569), <br> HANI SALEH RASHID ABDULLAH (ISN 841), <br> ABDUL RABBANI (ISN 1460), <br> AHMED RABBANI (ISN 1461), <br> ABDUL RAZAK (ISN 685), <br> ABDUL MALIK (ISN 10025), <br> ABU ZUBAYDAH (ISN 10016), <br><br>            Petitioners, <br>     v. <br><br> DONALD J. TRUMP, *et al.*, <br><br>            Respondents. | CASE NOS. <br><br> 04-cv-1194 (TFH) (ISN 569) <br> 05-cv-23 (UNA) (ISN 841) <br> 05-cv-764 (CKK) (ISN 244) <br> 05-cv-1607 (RCL) (ISNs 1460, 1461) <br> 05-cv-2386 (RBW) (ISNs 893, 1453) <br> 08-cv-1360 (EGS) (ISN 10016) <br> 08-cv-1440 (CKK) (ISN 10025) <br> 09-cv-745 (RCL) (ISN 1457) <br> 10-cv-1020 (RJL) (ISN 685) |

## NOTICE OF WITHDRAWAL

Please take notice that the undersigned is hereby withdrawing as counsel for *Amicus Curiae* Muslim Advocates in the above-referenced action, as he is no longer employed with Muslim Advocates. *Amicus Curiae* Muslim Advocates will continue to be represented by other counsel of record.

2

Dated: February 8, 2019 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Johnathan Smith*
　　　　　　　　　　　　　　　　　　　　　　Johnathan Smith (D.C. Bar No. 1029373)
　　　　　　　　　　　　　　　　　　　　　　Muslim Advocates
　　　　　　　　　　　　　　　　　　　　　　P.O. Box 34440
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20043
　　　　　　　　　　　　　　　　　　　　　　johnathan@muslimadvocates.org
　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 897-1897
　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 508-1007

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2019, I filed this notice of withdrawal through this Court's CM/ECF system, which will send a notice of electronic filing to all counsel required to be served.

By: */s/ Johnathan Smith*