# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SUHAIL ADBU ANAM**, *et al.*, )<br>)<br>*Petitioners*, )<br>)<br>v. )<br>)<br>**DONALD J. TRUMP**, *et al.*, )<br>)<br>*Respondents*. )<br>_____) | **Civ. No. 04-CV-1194 (UNA)** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby withdraws as counsel for Petitioner Emad Abdullah Hassan (named in this action as Imad Abdullah Hassan) in the above-referenced action.

Respectfully submitted,

/s/ Elizabeth L. Marvin
Elizabeth L. Marvin (DC Bar No. 496571)
MARVIN LAW PLLC
4401-A Connecticut Avenue, NW #118
Washington, DC 20008
(202)288-2343

*elizabeth@marvinlawpllc.com*

Dated: February 13, 2019

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 13, 2019, I filed the foregoing Notice of Withdrawal of Appearance through this Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

|  |  |
|---|---|
| By: | /s/ Elizabeth L. Marvin |
|  | Elizabeth L. Marvin |