IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KHALID AHMED QASSIM,** | ) |
| | ) |
| Petitioner | ) |
| | ) |
| v. | ) No. 1:04-cv-01194 (TFH) |
| | ) |
| **DONALD J. TRUMP,** *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |

**PETITIONER'S SECOND CONSENT MOTION FOR EXTENSION OF TIME TO REPLY TO RESPONDENTS' OPPOSITION TO PETITIONER'S MOTION TO MODIFY SECTION I OF THE CASE MANAGEMENT ORDER AS IT PERTAINS TO PETITIONER'S CASE**

Petitioner Khalid Ahmed Qassim respectfully submits this request that he be permitted until Friday, October 18, 2019 to reply to Respondents' Opposition to Petitioner's Motion to Modify Section I of the Case Management Order as it Pertains to Petitioner's Case. ECF No. 1166 ("Respondents' Opposition"); *see also* ECF No. 1162 ("Petitioner's Motion"). In accordance with Local Rule 7(m), Petitioner conferred with counsel for Respondents regarding the relief requested herein. Respondents' counsel consented to the requested extension.

After obtaining an extension until September 30, 2019 to reply to Respondents' Opposition, *see* ECF No. 1167, Petitioner's lead counsel, Thomas Wilner, learned that his immediate work and travel schedule will be significantly more onerous than expected, including work-related travel outside the United States. Respondents' Opposition was forty-five pages in length—almost four times the length of Petitioner's brief in support of his original motion—and included a multitude of legal and factual arguments that touch on many disparate topics, including constitutional issues, evidentiary issues, and factual and procedural issues.

Absent a second extension, Petitioner's reply would be due on Monday, September 30, 2019. Petitioner and his counsel will need additional time to adequately address Respondents' arguments and representations regarding the facts and procedural history of this case.

For the reasons discussed herein, the Court should permit Petitioner until October 18, 2019 to submit his reply to Respondents' Opposition.

|  |  |
|---|---|
| Dated:  September 24, 2019 | Respectfully Submitted, |
| | */s/ Neil H. Koslowe* |
| Shelby Sullivan-Bennis | Thomas B. Wilner |
| Durkin & Roberts | Neil H. Koslowe |
| 2446 N. Clark Street | Robert D. McCabe |
| Chicago, IL 60614 | Shearman & Sterling LLP |
| Telephone:  (401) 660-6538 | 401 9th Street, N.W., Suite 800 |
| E-mail: ssullivan@durkinroberts.com | Washington, DC 20004 |
| | Telephone: (202) 508-8050 |
| | E-mail: twilner@shearman.com |
| | E-mail: nkoslowe@ptomaclaw.com |
| | E-mail: robert.mccabe@shearman.com |

*Counsel for Petitioner  Khalid Ahmed Qassim*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 24, 2019, I caused the foregoing to be filed electronically with the Court's CM/ECF system, which will automatically send notice of such filing to all registered CM/ECF users.

/s/ *Neil H. Koslowe*
Neil H. Koslowe
Shearman & Sterling, LLP
401 9th Street, N.W., Suite 800
Washington, DC 20004
Telephone: (202) 508-8000
E-mail: nkoslowe@ptomaclaw.com