IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KHALID AHMED QASSIM,** | ) |
| **Petitioners** | ) ) ) |
| v. | ) ) No. 04-cv-01194 (TFH) |
| **DONALD J. TRUMP,** *et al.,* | ) ) ) |
| **Respondents.** | ) ) ) |

## MOTION FOR STATUS CONFERENCE

Petitioner Khalid Ahmed Qassim (ISN 242), who has been imprisoned without charge at the U.S. Naval Base, Guantanamo Bay, Cuba, for more than 18 years, moves for an order convening a status conference in this case. Counsel for the government has advised that the government takes no position on this motion.

The United States Court of Appeals for the District of Columbia Circuit issued its judgment and remand in this case on June 21, 2019. On August 16, 2019, Qassim moved to modify Section 1 of the Case Management Order that would govern his habeas corpus proceeding (Dkt. 1162). The government responded to Qassim's motion on September 6, 2019 (Dkt. 1166). Qassim replied to the government on October 18, 2019 (Dkt. 1171). Law professors filed an *amicus* brief on March 6, 2020 (Dkt. 1175), and the government responded to it on May 3, 2020. (Dkt. 1176).

The case is therefore ripe for a status conference. In light of the restrictions imposed by COVID-19, Qassim's counsel are prepared to conduct this conference by remote electronic means if it is deemed safer and more convenient by the Court.

2

        Respectfully submitted,

        /s/ Thomas B. Wilner
        Thomas B. Wilner
        Neil H. Koslowe
        Shearman & Sterling, LLP
        401 9th Street, N.W., Suite 800
        Washington, DC 20004
        Telephone : 202-508-8050
        E-mail: twilner@shearman.com
        nkoslowe@potomaclaw.com

*Of Counsel for Petitioner Khalid Ahmed Qassim*