UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**KHALID AHMED QASSIM,**

                      **Petitioner,**

v.                                    Civil Action No. 04-1194 (TFH)

**DONALD J. TRUMP,** *et al.*

                      **Respondents.**

### ORDER

In accordance with the matters discussed during the telephonic status hearing held on August 6, 2020, and for the reasons stated by the Court on the record, it hereby is

**ORDERED** that Respondents shall file an amended factual return no later than **September 8, 2020**.  The Court reserves ruling at this time as to the admissibility of the amended factual return as evidence during the forthcoming merits hearing.  It is further

**ORDERED** that Respondents shall produce all exculpatory evidence, as defined in Section I.D.1 of the current Case Management Order, as well as all statements made or adopted by Petitioner, no later than **November 4, 2020**.  It is finally

**ORDERED** that a telephonic status hearing is scheduled for **September 15, 2020 at 10:00 a.m.**

**SO ORDERED.**

August 6, 2020

                                                      Thomas F. Hogan
                                              SENIOR UNITED STATES DISTRICT JUDGE