IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHALID AHMED QASSIM,<br><br>Petitioner,<br><br>v.<br><br>JOSEPH R. BIDEN, *et al.*,<br><br>Respondents. | Case No. 04-cv-01194 (TFH) |

**RESPONDENTS' RESPONSE TO**
**PETITIONER'S MOTION FOR LEAVE TO AMEND HABEAS PETITION**

On April 19, 2021, Petitioner moved the Court for leave to amend his habeas petition to include a claim based on the President's recent announcement that withdrawal of U.S. military personnel in Afghanistan will be complete on or before September 11, 2021. *See* Pet'r Mot. for Leave to Amend Habeas Petition, ECF No. 1190. Petitioner submitted his motion without first conferring with Respondents and without attaching to the motion his proposed amended habeas petition. *See id.; see also* Local Civil Rules 7(m), 7(i), 15.1. Petitioner's counsel subsequently supplied Respondents' counsel with the language for the proposed amendment. *See* E-Mail from N. Koslow to K. Wolfe (April 27, 2021), attached as Exhibit A. Consistent with Federal Rule of Civil Procedure 15(a) as it pertains to motions to amend habeas petitions brought by Guantanamo detainees, *see Khadr v. Obama*, 724 F. Supp. 2d 61, 63 (D.D.C. 2010), Respondents do not oppose Petitioner's motion for leave to amend his habeas petition as specifically described in the motion and in the April 27, 2021 e-mail correspondence. Respondents do, however, reserve their right to oppose the merits of Petitioner's claim.

Dated: May 4, 2021							Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

TERRY HENRY
Assistant Director, Federal Program Branch

*/s/ Kristina A. Wolfe*
STEPHEN M. ELLIOTT
(PA Bar No. 203986)
KRISTINA A. WOLFE
(VA Bar No. 71570)
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Ben Franklin Station
Washington, D.C. 20044
Tel:  (202) 353-4519
E-mail:  Kristina.Wolfe@usdoj.gov

*Counsel for Respondents*