# EXHIBIT A

| From: | Neil Koslowe |
|---|---|
| To: | Wolfe, Kristina (CIV) |
| Cc: | Elliott, Stephen M. (CIV) |
| Subject: | Re: Qassim v. Biden - Petitioner"s Motion for Leave to Amend Habeas Petition |
| Date: | Tuesday, April 27, 2021 11:04:29 PM |

Kristina -- Petitioner plans to add new paragraph 76-A to his current amended petition, which will say: "**President Biden, in his capacity as Commander-in-Chief, has announced an end to the ground war the United States has fought against the Taliban and its supporters in Afghanistan and the withdrawal of all U.S. troops by September 11, 2021.**"  Petitioner plans to add an **Eleventh Claim for Relief (Termination of U.S. Combat in Afghanistan)** and new paragraph 97-A, which will say: "**With the termination of active involvement by U.S. troops in combat in Afghanistan, there will no longer be any legal justification for the detention of Khalid Ahmed Qassim by the United States.**"

**Neil H. Koslowe** | Partner | Potomac Law Group, PLLC
1300 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Tel: (202) 320-8907 | Fax: (202) 318-7707
nkoslowe@potomaclaw.com | www.potomaclaw.com
_____



*This e-mail and any attachments may contain information that is private, confidential, and/or privileged. If you are not the intended recipient, please notify us immediately and destroy all copies of this message and any attachments.*

---

**From:** Wolfe, Kristina (CIV) <Kristina.Wolfe@usdoj.gov>
**Sent:** Tuesday, April 27, 2021 3:34 PM
**To:** Neil Koslowe <nkoslowe@potomaclaw.com>
**Cc:** Elliott, Stephen M. (CIV) <Stephen.M.Elliott@usdoj.gov>
**Subject:** Qassim v. Biden - Petitioner's Motion for Leave to Amend Habeas Petition

 **EXTERNAL**

Neil,

Respondents are currently considering their position with respect to Mr. Qassim's Motion for Leave to Amend Habeas Petition, ECF No. 1190.  To facilitate their consideration, and as required by Local Civil Rule 7(i), can you please provide us with a copy of Mr. Qassim's proposed amended petition, or, alternatively, the new section Mr. Qassim intends to add to the petition?

Thank you,
Kristina

_____

Kristina A. Wolfe

Senior Trial Counsel, U.S. Department of Justice

Civil Division, Federal Programs Branch

P.O. Box 883, Ben Franklin Station | Washington, DC 20044

p 202-353-4519 | f 202-616-8470

Kristina.Wolfe@usdoj.gov