# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SUHAIL ABDU ANAM SHARABI (ISN 569), | ) | |
| *Petitioner/Plaintiff,* | ) ) | Civ. No. 04-cv-1194 (UNA) |
| v. | ) ) | |
| JOSEPH R. BIDEN, et al., | ) ) | |
| *Respondents/Defendants.* | ) ) | |

## NOTICE OF APPEARANCE AND
## LCvR 83.2(g) CERTIFICATE OF INDIGENT REPRESENTATION

Pursuant to LCvR 83.2(g), I, Mark A. Maher, hereby request entry of appearance on behalf of Petitioner in the above-captioned case. I certify that I am a member in good standing of the highest court of New York State and that I am providing representation to Petitioner in this action without compensation. I further certify that I am personally familiar with the Local Rules of this Court and the materials specified in LCvR 83.8(b)(6) and LCvR 83.9(a).

Dated: June 22, 2021

Respectfully submitted,

/s/
Mark A. Maher (Pursuant to LCvR 83.2(g))
**REPRIEVE US**
1101 New York Ave.
Ste. 1000
Washington, DC 20005
(267) 679-4759
Mark.Maher@reprieve.org.uk