AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Khalid Ahmed Qassim <br> *Plaintiff* <br> v. <br> Joseph R. Biden, et al <br> *Defendant* | ) <br> ) <br> ) Case No. 04-cv-01194 (TFH) <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

petitioner Khalid Ahmed Qassim

Date: 09/23/2021

*Attorney's signature*

Beth D Jacob (D.C. Bar 1614161)
*Printed name and bar number*

Healing and Recovery after Trauma
2300 18th St NW, Unit 21074
Washington, DC 20009

*Address*

bdjacob@hrtlaw.org
*E-mail address*

(917) 693-1176
*Telephone number*

(646) 585-9251
*FAX number*