IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KHALID AHMED QASSIM, | ) |
| Petitioner | ) ) ) ) |
| v. | ) No. 04-cv-01194 (TFH) ) |
| DONALD J. TRUMP, *et al.*, | ) ) ) |
| Respondents. | ) ) |

### PETITIONER'S UNOPPOSED MOTION FOR 7-DAY EXTENSION OF TIME

Petitioner Khalid Ahmed Qassim moves for an extension of time of seven days, from November 2, 2021, to and including November 9, 2021, within which to reply to the opposition filed by the government on October 26, 2021, to petitioner's motion for summary judgment. Government counsel has advised that the government does not oppose this motion.

Under LCvR 7(d), Mr. Qassim has seven days, until November 2, 2021, to reply to the government's opposition to his motion for summary judgment. However, undersigned counsel Thomas B. Wilner, who has primary responsibility for petitioner's motion for summary judgment, is heavily involved in a mediation and will not be able to complete petitioner's reply by November 2, 2021. Accordingly, petitioner requests this brief extension, which will not unduly delay this litigation or prejudice the government.

Respectfully submitted,

<u>/s/ Neil H. Koslowe</u>
Thomas B. Wilner
Neil H. Koslowe
Shearman & Sterling, LLP
401 9th Street, N.W., Suite 800
Washington, DC 20004
Telephone : 202-508-8050
E-mail: twilner@shearman.com
nkoslowe@potomaclaw.com

*Counsel for Petitioner Khalid Ahmed Qassim*