# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KHALID AHMED QASSIM,** | )<br>) |
| Petitioner | )<br>) |
| v. | )   No. 04-cv-01194 (TFH)<br>) |
| **DONALD J. TRUMP,** *et al.,* | )<br>) |
| Respondents. | )<br>) |

# ORDER

The Court, having considered the unopposed motion of petitioner Khalid Ahmed Qassim for an extension of time of seven days, from November 2, 2021, to and including November 9, 2021, within which to reply to the opposition filed by respondents to petitioner's motion for summary judgment, and having considered the record, and otherwise being fully advised, finds good cause to grant the motion, which is hereby **GRANTED.  IT IS SO ORDERED.**

_____
United States District Judge

Dated: _____