# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KHALID AHMED QASSIM,** | ) |
| **Petitioner** | ) ) ) |
| v. | ) No. 04-cv-01194 (TFH) |
| **JOSEPH R. BIDEN,** *et al.,* | ) ) ) |
| **Respondents.** | ) ) |

## [PROPOSED] ORDER

The Court, having considered the motion of petitioner Khalid Ahmed Qassim for a temporary restraining order and preliminary injunction, and having considered the record, and otherwise being fully advised, **GRANTS** the motion. Respondents are enjoined from (i) denying petitioner the opportunity to meet with his counsel on either Saturday, November 13, 2021, or Sunday, November 14, 2021, to discuss on a privileged and confidential basis any aspect of this case or his PRB hearing now scheduled for Tuesday, November 16, 2021; (ii) denying petitioner the opportunity to have confidential and privileged discussions with his counsel on Monday, November 15, 2021, regarding any aspect of this case or his upcoming PRB session without the presence of his government-appointed non-attorney "personal representative;" and (iii) denying his counsel Thomas B. Wilner the opportunity to depart from Guantánamo on the first military flight scheduled to leave Guantánamo after Qassim's PRB hearing on November 16, 2021. **IT IS SO ORDERED.**

_____
United States District Judge

Dated: _____