# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **KHALID AHMED QASSIM,** | ) </br> ) </br> ) |
| Petitioner, | ) </br> ) |
| v. | )  Civil Action No. 1:04-cv-01194 (RJL) </br> ) |
| **JOSEPH R. BIDEN, JR.,** *et al.*, | ) </br> ) |
| Respondents. | ) </br> ) |

## NOTICE OF CLASSIFIED FILING

Respondents hereby provide notice that, today, they filed with the Classified Information Security Officer their Motion for Judgment on the Record. Respondents had also prepared a classified statement of undisputed material facts, but, due to a coordination issue, failed to include it alongside their motion. By the time the issue was discovered, it was not possible to have the statement timely delivered for classified filing today. Undersigned counsel apologizes for the inconvenience, and intends to seek an extension of time, *nunc pro tunc*, to submit the statement of undisputed material facts.[1]

Dated: March 29, 2024            Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

---

[1] The statement of undisputed material facts contains no substantive information other than that which was included in the Motion for Judgment on the Record, which Respondents submitted today.

TERRY M. HENRY
Assistant Branch Director


 /s/ Julia A. Heiman
KRISTINA A. WOLFE
STEPHEN M. ELLIOTT
JULIA A. HEIMAN (D.C. Bar No. 986228)
INDRANEEL SUR
ALEXANDER N. ELY
Attorneys
julia.heiman@usdoj.gov
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-8480
Fax: (202) 616-8470

*Attorneys for Respondents*